# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.
AND CLAIBORNE ELECTRIC
COOPERATIVE, INC.

NO.  2022 CW 1088

VERSUS

**DECEMBER 22, 2022**

LOUISIANA GENERATING LLC

---

In Re:    Louisiana Generating LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 695287.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.**  We hereby vacate the portion of the trial court's September 7, 2022 judgment that granted the second motion to compel filed by the plaintiffs, Washington-St. Tammany Electric Cooperative, Inc. and Claiborne Electric Cooperative, Inc.  We remand to the trial court with instructions to order the parties to provide the disputed documents for an *in camera* inspection by the trial court to determine the discoverability and applicability of any privileges claimed by defendant, Louisiana Generating, LLC.

JMM
GH

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT